IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY - 1 2007
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| BILLY JOE SCALES, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | NO. 4:07-CV-160-A |
| | § | |
| STATE OF TEXAS, | § | |
| | § | |
| Respondent. | § | |

## O R D E R

The above-captioned action was created on March 8, 2007, by the filing of a document by Billy Joe Scales ("Scales") titled "A Writ of Mandams [sic]." The matter was referred to United States Magistrate Judge Charles Bleil for findings, conclusions, and recommendation. Judge Bleil recommended that the "A Writ of Mandams" be dismissed as frivolous. On April 9, 2007, Scales filed a document titled "Motion in Respond to the Notice and Order." The court assumes that such document was intended to be objections by Scales to the March 22, 2007, findings, conclusions, and recommendation of Magistrate Judge Bleil. However, such document does not present to the court any issue for decision. Therefore,

The court ORDERS that the Magistrate Judge's findings, conclusions, and recommendation be adopted and that Scales' "A Writ of Mandams" be, and is hereby, dismissed.

SIGNED May 1, 2007.

_____
JOHN McBRYDE
United States District Judge